

Gregory O. Tuttle | t: 646.493.9258 | gtuttle@tuttleyick.com

June 28, 2022

**Via ECF**

Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Roberta Feliz et al., v. Jack Erwin, Inc., LLC, 1:22-cv-03689-LGS**

Dear Judge Schofield:

We represent the defendant Jack Erwin, Inc. in the above action. Shortly after the case was filed, Your Honor directed the parties to attend an initial case management conference on July 6, 2022; and to file a proposed civil case management plan and scheduling order a week before (*i.e.*, tomorrow). Dkt. No. 5. Your Honor then agreed to extend defendant's time to answer the complaint to July 5, 2022.

Because defendant has not yet answered the complaint, and the parties plan to discuss a potential resolution of the case this week, we respectfully request a 30-day adjournment of the initial case management conference. If still necessary at the time, the parties will be in a better position at to provide the required information and update the court as to settlement efforts.

This is the first request for an extension; plaintiff consents to this request; and an adjournment would not affect any other scheduled dates.

The application is **GRANTED**.  The initial pretrial conference scheduled for July 6, 2022, is **adjourned** to **August 3, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.  By **July 27, 2022**, the parties shall file a joint letter and proposed case management plan and scheduling order.  The Clerk of Court is respectfully directed to close the motion at Docket No. 11.

Respectfully submitted,

*/s/ Gregory O. Tuttle*
Gregory O. Tuttle

Dated: June 30, 2022
	New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

352 Seventh Avenue, 14th Fl. l New York, New York 10001 l t: 646.833.0300 l f: 646.606.2409 l tuttleyick.com